**Order entered December 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00565-CR

**KEITH ANDREW THORNTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F15-55048-J**

## ORDER

Before the Court is appellant's December 12, 2016 motion for extension of time to file a reply brief. We **GRANT** appellant's motion and **ORDER** the brief received on December 12, 2016 filed as of the date of this order.

/s/     ADA BROWN
            JUSTICE